# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3005
LT Case Nos. 2017-305616-CFDB

_____

OBTRAVIES WATKINS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Obtravies Watkins, Raiford, pro se.

No Appearance for Appellee.

April 12, 2024

PER CURIAM.

   AFFIRMED.

MAKAR, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____